CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

OCT 04 2019

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SCOTT R. LEE, JR., <br><br> and <br><br> KIMBERLEY TOONE, <br><br> Plaintiffs, <br><br> v. <br><br> SEARS, ROEBUCK AND CO.; <br> GLOBAL EXPRESS, INC., dba SEARS <br> HOME SERVICES; and BANK OF <br> AMERICA, N.A., <br><br> Defendants. | 3:19CV00063 <br><br><br><br> Removed from the Circuit Court <br> for Culpeper County, Virginia, <br> Civil Action No. <br> CL19000927-00 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant Bank of America, N.A., ("BANA"), files this Notice of Removal (the "Notice") seeking to remove this action from the Circuit Court for Culpeper County, Virginia to the United States District Court for the Western District of Virginia, Charlottesville Division. Removal is based upon federal question jurisdiction because a federal question appears on the face of the Complaint that Plaintiffs Scott R. Lee, Jr., and Kimberley Toone ("Plaintiffs") filed. In support of this Notice, BANA states as follows:

**I.     Background.**

1.     On September 4, 2019, Plaintiffs filed a Complaint in the Circuit Court of Culpeper County, Virginia captioned, Civil Action No. CL19000927-00 (the "State Court

Action"). Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon BANA in the State Court Action are attached as **Exhibit A**.

2. In the State Court Action, Plaintiffs allege claims for: (1) breach of contract (2) fraud; (3) violation of the Virginia Consumer Protection Act, Code of Virginia, §59.1-196 *et seq.*; and (4) violation of the Truth in Lending Act, 15 U.S.C. § 1601 *et seq.* ("TILA"). Compl., ¶¶ 9-15.

## II. This Notice Of Removal Is Timely Filed In The Proper Venue.

3. Removal of this Action is timely, because this Notice of Removal is filed less than 30 days from September 4, 2019, the date upon which BANA was served with a copy of the summons and Complaint. *See* 28 U.S.C. § 1446(b)(1) (providing that a "notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading."). This lawsuit is a civil action within the meaning of the Acts of Congress relating to removal of causes of action.

4. The United States District Court for the Western District of Virginia, Charlottesville Division, is the proper place to file this Notice of Removal under 28 U.S.C. § 1441(a), because it is the federal district court that embraces the place where the State Court Action was filed and is pending. 28 U.S.C. § 90(b)(2).

## III. This Court Has Federal Question Jurisdiction.

5. Pursuant to 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. This Court has original jurisdiction here pursuant to 28 U.S.C. § 1331, because the State Court Action presents substantial questions of federal law with its allegations of

BANA's purported violations of TILA Compl., ¶¶ 13-15.

6. Therefore, removal to this Court is proper under 28 U.S.C. § 1441(a), which provides, in pertinent part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). A federal question appears on the face of Plaintiffs' Complaint, and these claims "arise under" federal law.

7. The Supreme Court has held that federal courts have jurisdiction to hear, originally or by removal from state court, cases where federal law creates the cause of action being alleged or when a claimant's right to relief depends on the resolution of a substantial question of federal law. *See Franchise Tax Board v. Constr. Laborers Vacation Trust*, 436 U.S. 1, 9 (1982) (explaining that "a case '[arises] under' federal law where the vindication of a right under state law necessarily turns on some construction of federal law").

8. Further, to the extent the Complaint alleges statutory, state common law, or other nonfederal claims, this Court has supplemental jurisdiction over any such claims under 28 U.S.C. § 1367 because those claims arise out of the same operative facts as Plaintiffs' claims under federal law and "form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a) (2010); *Rosmer v. Pfizer Inc.*, 263 F.3d 110, 114 (4th Cir. 2001).

9. Thus, because some of Plaintiffs' claims arise under the laws of the United States, removal of this entire Action is appropriate under 28 U.S.C. § 1441(a)-(c). Accordingly, as the State Court Action is pending in the Circuit Court for Culpeper County, Virginia, BANA is

entitled, pursuant to 28 U.S.C. § 1441(a), to remove this action to the United States District Court for the Western District of Virginia, Charlottesville Division.

**VI.     All Defendants Consent To The Removal Of This Action.**

10.     Defendants Sears, Roebuck and Co. and Global Express Inc. dba Sears Home Services consent to the removal of this action.

**V.     Notice of Removal Filed in Circuit Court for Culpeper County, Virginia.**

11.     Concurrently with this Notice, BANA will file a copy of this Notice with the Circuit Court for Culpeper County, Virginia.

WHEREFORE, BANA files this Notice of Removal and removes the State Court Action to the United States District Court for the Western District of Virginia, Charlottesville Division.

This 4th day of October, 2019.

Respectfully submitted,

Bank of America, N.A.

By Counsel

_____/s/Alexandria E. Cuff_____
Alexandria E. Cuff, Esquire (VSB No. 83785)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1062
Facsimile: (804) 698-2095
acuff@mcguirewoods.com

*Attorney for Defendant Bank of America, N.A.*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SCOTT R. LEE, JR., )<br>)<br>and )<br>)<br>KIMBERLEY TOONE, )<br>)<br>    Plaintiffs, )<br>)<br>)<br>)<br>v. )<br>)<br>)<br>)<br>SEARS, ROEBUCK AND CO.; )<br>GLOBAL EXPRESS, INC., dba SEARS )<br>HOME SERVICES; and BANK OF )<br>AMERICA, N.A. )<br>)<br>    Defendants. )<br>_____ ) | Removed from the Circuit Court<br>for Culpeper County, Virginia,<br>Civil Action No.<br>CL19000927-00 |

### CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2019, I electronically filed the foregoing *Notice of Removal* with the Clerk of the Court using the CM/ECF System and served a true and correct copy of same on the following via First-Class Mail, postage prepaid, addressed to:

Julia C. Dudley, Clerk of Court
U.S. District Court, Western District of Virginia
255 W. Main Street
Room 304
Charlottesville, VA 22902

/s/Alexandria E. Cuff
Alexandria E. Cuff, Esquire (VSB No. 83785)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1062
Facsimile: (804) 698-2095
acuff@mcguirewoods.com